# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146865

DIANE WIEGMANN, Individually and as
Successor Trustee of the ROBERT E.
McGOWAN DECLARATION OF TRUST,
ROBERT E. McGOWAN, JR., and
DONNA GILLUND,
             Plaintiffs/Counter-Defendants-
             Appellants,

v

SAMUEL THOMAS and RHONDA THOMAS,
             Defendants/Counter-Plaintiffs-
             Appellees,

and

EDMUND J. FREZA, CAROL A. FREZA, and
CHEMICAL BANK,
             Defendants-Appellees.

SC: 146865
COA: 306137
Berrien CC: 2010-000085-CH

_____/

On order of the Court, the application for leave to appeal the February 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

s0923